# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NOS.: 1:12cr24/MCR/GRJ
                                                                                     1:16cv225/MCR/GRJ

CURTIS WOODS
Reg. No. 21668-017

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 22, 2018. ECF No. 86. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant has filed objections to the Recommendation, and I have conducted a *de novo* review thereof.[1]

Having considered the Report and Recommendation, and the objections thereto, I have determined that the Report and Recommendation should be adopted.

---

[1] The Court previously deferred ruling on Petitioner's motion pending the Supreme Court's decision in *Stokeling v. United States*, No. 17-5554, 138 S. Ct. 1438 (2018) (granting *certiorari*). *See* ECF No. 90. The Supreme Court's decision issued January 15, 2019, finding that robbery under Florida law qualifies as a "violent felony" under the elements clause of the Armed Career Criminal Act. *See Stokeling v. United States*, No. 17-5554, 2019 WL 189343, ___ S. Ct. ___ (Jan. 15, 2019).

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation, ECF No. 86, is adopted and incorporated by reference in this Order.

2. Defendant's motion to vacate, set aside or correct sentence, ECF No. 80, is **DENIED**.

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 23rd day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**